UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINE M. MOEN,<br><br>                    Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                    Defendant. | CASE NO. 13-cv-05564 BHS<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the Administration for further consideration. (ECF No. 17.)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

1    On remand, based on the parties' stipulation, this Court recommends that the above-
2 captioned case be reversed and remanded to the Acting Commissioner of Social Security for
3 further administrative proceedings before an administrative law judge (ALJ) in regard to
4 plaintiff's applications for supplemental security income payments pursuant to Title XVI of the
5 Social Security Act.  On remand, the ALJ will hold a new hearing and issue a new decision on
6 plaintiff's claim.
7    This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and plaintiff is
8 entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28
9 U.S.C. § 2412(d), following proper request to this Court.
10   Given the facts and the parties' stipulation, the Court recommends that the District Judge
11 immediately approve this Report and Recommendation and order that the case be **REVERSED**
12 and **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).
13   Dated this 21st day of March, 2014.

                                            _____
                                            J. Richard Creatura
                                            United States Magistrate Judge